**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES** | |
| **Plaintiff,** | **Case No. 23-20026-01-DDC-TJJ** |
| **v.** | |
| **NATASHA WILLIAMS (01),** | |
| **Defendant.** | |

## MEMORANDUM AND ORDER

Defendant Natasha Williams has asked the court to terminate her term of supervised release early.  Doc. 42.  Yet this court transferred jurisdiction over Ms. Williams's supervised release to the District of South Carolina in February 2025.  Doc. 40.  And our court has held that "once the transfer is effected, the transferor court no longer has jurisdiction to exercise the powers that may be exercised by the transferee court."  *United States v. Wallace*, No. 07-20168-13-JWL, 2025 WL 1040979, at *1 (D. Kan. Apr. 8, 2025) (collecting authorities).  This court—the transferor court—thus lacks jurisdiction to decide Ms. Williams's motion.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant Natasha Williams's Motion for Early Termination (Doc. 42) is dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated this 22nd day of April, 2026, at Kansas City, Kansas.

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**